Debbie P. Kirkpatrick, Esq. (SBN 207112)
Damian P. Richard, Esq. (SBN 262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions.legal
drichard@sessions.legal

Attorney for EGS Financial Care, Inc.
(formerly NCO Financial Systems, Inc.)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REMILLARD, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC. d/b/a EGS FINANCIAL CARE, INC.<br><br>Defendant. | Case No.  16-CV-02282-TLN CMK<br><br>DEFENDANT NCO FINANCIAL SYSTEMS, INC.'S AMENDED NOTICE OF MOTION AND AMENDED MOTION TO COMPEL ARBITRATION<br><br>Date:  January 12, 2017<br>Time:  2:00 p.m.<br>Courtroom:  2, 15th Floor<br>Judge: Troy L. Nunley |

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

PLEASE TAKE NOTICE that defendant EGS Financial Care, Inc. (formerly NCO Financial Systems, Inc.) ("EGS") hereby amends, replaces, and re-sets its Motion to Compel Arbitration, previously set for December 8, 2016.

The Amended Motion to Compel Arbitration is set for <u>January 12, 2017</u> at 2:00 p.m., in Courtroom 2, 15th Floor of the above-captioned Court, located at 501 I Street, Sacramento, California.

Pursuant to Section 4 of the Federal Arbitration Act ("FAA"), 9 U.S.C. § 4, defendant EGS will move this Court, for an Order compelling arbitration. *See Davis v. CACH, LLC,* 2015 WL 913392, at \*1 (N.D. Cal. Mar. 2, 2015) reconsideration denied, 2015 WL 2251044 (N.D. Cal. May 13, 2015) (granting motion to compel arbitration in FDCPA case).

Pursuant to the express terms and conditions of the Walmart Credit Card account which is the subject of this lawsuit, all claims alleged by Plaintiff are required to be arbitrated.  The applicable credit card terms and conditions are attached as Exhibit B to the Declaration of Synchrony Bank, filed concurrently herewith.  EGS is an agent and servicer for Synchrony Bank, issuer of the Walmart Credit Card  at issue.  EGS also provides an amended Declaration in support of the Amended Motion to Compel Arbitration.

This Amended Motion is based on this Amended Notice of Motion and Amended Motion and the accompanying Memorandum, the Synchrony Bank Declaration and the EGS Declaration in Support, and all papers and pleadings on file and upon such other and further evidence and argument as may be presented to the Court in connection with the Amended Motion.

Dated:  11/18/16                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


                                   */s/Damian P. Richard*_____
                                   Damian P. Richard
                                   Attorney for Defendant
                                   EGS Financial Care, Inc.
                                   (formerly NCO Financial Systems, Inc.)