**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey O. Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail:  scott@bursor.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REMILLARD, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br>v.<br><br>NCO FINANCIAL SYSTEMS d/b/a EGS FINANCIAL CARE, INC.,<br><br>  Defendant. | Case No.  2:16-cv-02282-TLN-CMK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1   NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure
41(a)(1)(A)(i), Plaintiff John Remillard voluntarily dismisses the above captioned action without
prejudice.

Dated:  November 29, 2016           **BURSOR & FISHER, P.A.**

                                    By:   */s/ L. Timothy Fisher*
                                             L. Timothy Fisher

                                    L. Timothy Fisher (State Bar No. 191626)
                                    Annick M. Persinger (State Bar No. 272996)
                                    Yeremey O. Krivoshey (State Bar No.295032)
                                    1990 North California Blvd., Suite 940
                                    Walnut Creek, CA  94596
                                    Telephone: (925) 300-4455
                                    Email:    ltfisher@bursor.com
                                              apersinger@bursor.com
                                              ykrivoshey@bursor.com

                                    *Attorneys for Plaintiff*